IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NO. 2:20-CR-23-1 FL (3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| MICHAEL HANS MEINTZSCHEL ) | |
| a/k/a ) | |
| "Michael Waldmaris" ) | |

The Grand Jury charges:

COUNT ONE

(Enticement of a Minor)

On or about November 25, 2019, at Cape Hatteras National Seashore, an area within the special maritime and territorial jurisdiction of the United States, and in the Eastern District of North Carolina, the defendant, MICHAEL HANS MEINTZSCHEL, also known as "Michael Waldmaris", knowingly persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, that is, sexual abuse of a minor (18 U.S.C. §2243), in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO

(Sexual Abuse of a Minor)

On or about November 25, 2019, at Cape Hatteras National Seashore, an area within the special maritime and territorial jurisdiction of the United States and in the Eastern District of North Carolina, the defendant, MICHAEL HANS MEINTZSCHEL, also known as "Michael Waldmaris", did knowingly engage in a sexual act with another person, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, in violation of Title 18, United States Code, Section 2243(a).

## COUNT THREE

(Abusive Sexual Contact with a Child)

On or about November 25, 2019, at a time separate and apart from the conduct constituting Counts One and Two of this indictment, at Cape Hatteras National Seashore, an area within the special maritime and territorial jurisdiction of the United States and in the Eastern District of North Carolina, the defendant, MICHAEL HANS MEINTZSCHEL, also known as "Michael Waldmaris", did knowingly engage in sexual contact and cause sexual contact with another person, who had attained the age of 12 years but had not attained the age of 16 years, and was at least four years younger than the defendant, in violation of Title 18, United States Code, Section 2244(a)(3).

## FORFEITURE

The defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of any of the offenses set forth in Count One, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the said offense(s), or that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of the said offense(s).

Upon conviction of any of the offenses set forth in Count Two, and/or Three, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 5/12/2020

ROBERT J. HIGDON JR.
United States Attorney

_____ For:
AAKASH SINGH
Assistant United States Attorney