UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-23-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO UNSEAL INDICTMENT |
| ) | |
| MICHAEL HANS MEINTZSCHEL ) | |
| a/k/a ) | |
| "Michael Waldmaris" ) | |

Upon motion of the United States of America, and for good cause shown, the sealed Three (3) Count Indictment (D.E. 1) returned by the Grand Jury for the Eastern District of North Carolina on May 12, 2020, as to defendant Michael Hans Meintzschel, also known as "Michael Waldmaris," is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This __2nd__ day of June, 2020.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE