UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-23-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL HANS MEINTZSCHEL | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Superseding Indictment against the above-captioned defendant.

So ORDERED, this 23rd day of September, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE